# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2006

130718

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SHANNON GALINDO, as Personal
Representative of the Estate of
SANDRA DAY,
         Plaintiff-Appellee,

v

LAVERNE J. MOLITOR and DIANE
C. MOLITOR,
         Defendants-Appellants.

SC: 130718
COA: 256489
Muskegon CC: 03-042622-CH

_____/

On order of the Court, the application for leave to appeal the December 27, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the Court of Appeals judgment and REINSTATE the Muskegon Circuit Court's June 21, 2004 judgment, for the reasons stated in that court's May 5, 2004 opinion.

CAVANAGH and WEAVER, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2006

_____
Clerk

s0614